AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   3:20-mj-788 |
| Quentin MCDOUGLE ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

FILED
VANESSA L ARMSTRONG, CLERK
Dec 18 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 13, 2020   in the county of   Bullitt   in the
Western   District of   Kentucky   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Lauren Viup, Special Agent ATF
*Printed name and title*

Sworn to before me by telephone pursuant to Fed. R. Crim. P. 4.1.

Date:   12/18/2020

*Judge's signature*

City and state:   Louisville, Kentucky       Regina S. Edwards, U.S. Magistrate Judge
*Printed name and title*