FILED
VANESSA L ARMSTRONG, CLERK
Dec 18 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO. 3:20-mj-788

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
A CRIMINAL COMPLAINT AND ARREST
WARRANT FOR JIBREEL RAY AND
QUENTIN MCDOUGLE

## MOTION

Comes the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the herein matter dated December 18, 2020 because the investigation is ongoing. Moreover, there is concern for officer safety should the individuals listed in the warrants find out prematurely about the Criminal Complaint and arrest warrants. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____
Alicia P. Gomez
Assistant U.S. Attorney