UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO. __3:20-mj-788_____

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
A CRIMINAL COMPLAINT AND ARREST
WARRANT FOR JIBREEL RAY AND
QUENTIN MCDOUGLE

## ORDER

Upon motion of the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all affidavits, applications, orders, and material relating to the above matter and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

**ENTERED**

VANESSA L ARMSTRONG, CLERK

Dec 18, 2020

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY