# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　**CRIMINAL ACTION NUMBER: 3:20-MJ-788-RSE**

**QUENTIN MCDOUGLE**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On December 21, 2020, Regina S. Edwards, United States Magistrate Judge, held an initial appearance on this matter via video conference. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. Rob Eggert, retained counsel appeared on behalf of the defendant. The proceeding was digitally recorded.

On motion of the United States to unseal the Complaint,

**IT IS HEREBY ORDERED** that the Complaint is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein, and was advised of his rights. The defendant consented to proceed with initial appearance via video conference.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **December 22, 2020 at 3:00 p.m.** via video conference before Regina S. Edwards, United States Magistrate Judge. The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

This 22nd day of December 2020

　　　　　　　　　　　　　　　　　　　　　　**ENTERED BY ORDER OF THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　**REGINA S. EDWARDS**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**
　　　　　　　　　　　　　　　　　　　　　　**VANESSA L. ARMSTRONG, CLERK**
　　　　　　　　　　　　　　　　　　　　　　**BY:** *Theresa l. Burch* **- Deputy Clerk**