## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                              **CRIMINAL ACTION NO.  3:20MJ-788**

**QUENTIN MCDOUGLE**                                                        **DEFENDANT**

### ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge via video conference on December 22, 2020 for a preliminary and detention hearing. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center.  Rob Eggert, retained counsel, appeared on behalf of the defendant.  The proceeding was digitally recorded.

The United States and the defendant consented to proceed with this hearing via video conference.

At the request of counsel, a preliminary hearing was held.  The Court heard sworn testimony of a witness and arguments of counsel and for the reasons stated on the record, found probable cause to believe the defendant committed the offense charged in the Complaint.

As to the matter of detention, the Court reviewed the pretrial services report and heard arguments of counsel. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $10,000 unsecured bond with an order setting conditions of release.   Arraignment proceedings will be scheduled by further order pending action by the Grand Jury.

December 23, 2020

Regina S. Edwards, Magistrate Judge
United States District Court

cc: Counsel, USP

2|40