UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JIBREEL RAY**
**QUENTIN MCDOUGLE**

INDICTMENT

NO. 3:21CR17-DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

The Grand Jury charges:

## COUNT 1
*(Possession of a Firearm by a Convicted Felon)*

On or about November 13, 2020, in the Western District of Kentucky, Bullitt County, Kentucky, the defendant, **JIBREEL RAY**, knowingly possessed, in and affecting commerce, a Ruger, Model PC Charger, 9-millimeter handgun, bearing serial number 913-16283, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 20, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-0734, **JIBREEL RAY**, was convicted of the offense of Enhanced Trafficking in Marijuana, less than 8 ounces – first offense, a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Convicted Felon)*

On or about November 13, 2020, in the Western District of Kentucky, Bullitt County, Kentucky, the defendant, **QUENTIN MCDOUGLE**, knowingly possessed, in and affecting

commerce a Ruger, Model PC Charger, 9-millimeter handgun, bearing serial number 913-16283, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about October 8, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-1195, **QUENTIN MCDOUGLE**, was convicted of the offense of Assault Under Extreme Emotional Disturbance, a felony;
>
> On or about March 2, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 15-CR-1395, **QUENTIN MCDOUGLE**, was convicted of the offenses of Convicted Felon in Possession of a Firearm, and Trafficking in a Controlled Substance in the First Degree, First Offense Greater Than 4 grams of Cocaine, each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, the defendants, **JIBREEL RAY**, and **QUENTIN MCDOUGLE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to a Ruger, Model PC Charger, 9-millimeter handgun, bearing serial number 913-16283, and ammunition.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:APG:02/16/2021

2

UNITED STATES OF AMERICA v. **JIBREEL RAY AND QUENTIN MCDOUGLE**

## PENALTIES

Counts 1 & 2:   NM 10yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.