

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-17-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/23/2021 6:46:47 PM
Transaction ID: 51114

Request New Judge    Return