

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

3:21CR17-DJH

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.

JIBREEL RAY, ET AL.                                                                         DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alicia P. Gomez hereby enters her appearance of record on behalf of the United States of America.

        Respectfully submitted,

        MICHAEL A. BENNETT
        Acting United States Attorney

        /s/ Alicia P. Gomez
        Alicia P. Gomez
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        Phone: (502) 582-6326
        Email: alicia.gomez@usdoj.gov