UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                                                              Criminal Action No. 3:21-CR-17DJH

QUENTIN MCDOUGLE                                                                        DEFENDANT

## MOTION FOR FUNERAL RELEASE

Comes the Defendant, Quentin McDougle, through counsel, and moves this Court to allow the defendant to attend the viewing and funeral of his Uncle, Harvey Dryden, on Saturday, March 20, 2021. Services will be held at King Solomon Missionary Baptist Church located at 1620 Anderson Street, Louisville, Kentucky 40210. The viewing shall begin at 10:00 a.m. and the funeral will be at 2:00 p.m. Mr. McDougle will return home immediately following the funeral.

WHEREFORE, the defendant moves this Court to enter the Order attached hereto.

**Respectfully submitted**,
/s/   *Rob Eggert*
**ROB EGGERT**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2021, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Rob Eggert*
**Rob Eggert**