UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | Criminal Action No. 3:21-cr-17-DJH |
| QUENTIN MCDOUGLE | DEFENDANT |

## ORDER

Motion having been made and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDRED that the foregoing motion is SUSTAINED.

IT IS FURTHER ORDERED that Quentin McDougle shall be allowed to attend the viewing and funeral of his Uncle, Harvey Dryden, on Saturday, March 20, 2021.