UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00017-DJH-2

UNITED STATES OF AMERICA,                                                                 **Plaintiff,**

v.

QUENTIN MCDOUGLE,                                                                         **Defendant.**

### ORDER

Before the Court is the Motion for Funeral Release of Defendant Quentin McDougle ("McDougle"). (DN 18.) District Judge David J. Hale referred McDougle's motion to the undersigned "for a hearing, if necessary, and disposition." (DN 19.) McDougle is currently participating in home incarceration as a condition of his release. (DN 7.) He seeks leave to attend the viewing and funeral of his uncle, Harvey Dryden, on Saturday, March 20, 2021, at the King Solomon Missionary Baptist Church. (DN 18.) The United States advised that it did not oppose this limited, one time release. United States Probation also advised it had no objection to the motion.

Accordingly,

IT IS HEREBY ORDERED that McDougle's Motion for Funeral Release (DN 18) is **GRANTED,** and McDougle shall be permitted to attend the viewing and funeral of his uncle, Harvey Dryden, on Saturday, March 20, 2021. McDougle shall coordinate the details of his release for this purpose, including any details related to location monitoring, with his supervising probation officer, and comply with the instructions of the same regarding his release for this purpose. He shall return home immediately following the funeral.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record, United States Probation

March 19, 2021