UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-17-DJH

QUENTIN McDOUGLE,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 31, 2021, with the following counsel participating:

    For the United States:     Alicia Gomez

    For Defendant:     Rob Eggert

The Court and counsel discussed the procedural posture of the case. Defense counsel anticipated filing a motion to continue the trial. The United States had no objection to the proposed continuance. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a telephonic status conference on **April 23, 2021, at 10:00 a.m.** Counsel shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

March 31, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1