UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-17-DJH

QUENTIN McDOUGLE, Defendant.

\* \* \* \* \*

## ORDER

The United States filed a motion in this matter before the undersigned received the case. (Docket No. 8; *see* D.N. 10) The Court would benefit from a response by the defendant. Accordingly, it is hereby

**ORDERED** that Defendant Quentin McDougle shall respond to the government's motion (D.N. 8) within **ten (10) days** of entry of this Order.

April 2, 2021

David J. Hale, Judge
United States District Court

1