**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**(electronically filed)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **Criminal Action No. 3:21-cr-17-DJH** |
| **QUENTIN MCDOUGLE** | **DEFENDANT** |

**MOTION TO CONTINUE**

Comes now the defendant, Quentin McDougle, by counsel, Rob Eggert, and moves this Court to reassign the trial scheduled in this action.

In support of this motion, the defendant states the following:

1. Mr. McDougle is out of custody.

2. As counsel understands it, priority for trials is being given to people who are incarcerated.

3. There is a co-defendant in this case. However, the co-defendant is still not before the Court. He is presently in the custody of state officials. The United States is filing papers to bring him before the Court.

4. At the last pretrial conference, the Court expressed a preference to have the defendants tried together.

5. For all these reasons, the defendant would move this Court to reassign the trial in this action.

WHEREFORE, the defendant moves this Court to enter the Order attached hereto.

Respectfully Submitted,

**/s/   Rob Eggert**
**Rob Eggert**
600 West Main Street
Suite 200
Louisville, Kentucky   40202
(502) 540-5700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2021, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

**/s/   Rob Eggert**
**Rob Eggert**