**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
(electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **Criminal Action No. 3:21-cr-17-DJH** |
| **QUENTIN MCDOUGLE** | **DEFENDANT** |

**ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.

IT IS FURTHER ORDERED that this case is reassigned to the _____ of

_____, 2021.