UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-17-DJH

QUENTIN McDOUGLE, Defendant.

\* \* \* \* \*

### ORDER

Defendant Quentin McDougle has moved to continue the trial of this matter. (Docket No. 25) The United States does not object to the proposed continuance. (*See* D.N. 22) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The unopposed motion to continue (D.N. 25) is **GRANTED**. The trial of this matter, currently set for May 17, 2021, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from April 6, 2021 to April 23, 2021 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

April 6, 2021

cc: Jury Administrator

David J. Hale, Judge
United States District Court

1