UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                              Plaintiff,

v.                                                                   Criminal Action No. 3:21-cr-17-DJH

JIBREEL RAY and
QUENTIN McDOUGLE,                                                                   Defendants.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on June 11, 2021, with the following counsel participating:

>   For the United States:        Alicia Gomez

>   For Defendants:               Rob Eggert
>                                 Philip Longmeyer

The Court and counsel discussed the procedural posture of the case.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    This matter is set for a telephonic status conference on **June 25, 2021, at 10:30 a.m.**  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.  Counsel are **DIRECTED** to confer in advance regarding a potential trial date.

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from June 11, 2021 to June 25, 2021 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by this delay outweigh the best

1

interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

June 11, 2021

Court Time: 00/05
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court

2