UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                      Plaintiff,

v.                                                                          Criminal Action No. 3:21-cr-17-DJH

JIBREEL RAY and
QUENTIN McDOUGLE,                                                                                            Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 6, 2021, with the following counsel participating:

    For the United States:    Alicia Gomez

    For Defendants:    Philip Longmeyer
                          Rob Eggert

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a change-of-plea hearing as to Defendant Jibreel Ray on **July 15, 2021, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

The trial date and pretrial deadlines remain in place.

July 6, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1