**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:21-CR-17-DJH |
| QUENTIN MCDOUGLE | DEFENDANT |

_____

### NOTICE OF APPEARANCE OF COUNSEL

Now comes Tricia Lister, attorney at law, and hereby enters her appearance as co-counsel of record on behalf of Quentin McDougle in the above-styled matter.

**Respectfully submitted**,

/s/   *Tricia Lister*
**Tricia Lister**
600 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 540-5700

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2021, the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Tricia Lister*
Tricia Lister