UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:21-CR-17-DJH |
| QUENTIN MCDOUGLE | DEFENDANT |

**DEFENDANT'S MOTION TO
MODIFY PRE-TRIAL RELEASE ORDER**

Comes the Defendant, Quentin McDougle, through counsel, and requests this Honorable Court, pursuant to 18 USC § 3145(a)(2), to modify his pre-trial release conditions to allow him work release to work as a merchandise delivery driver for Luxrae (business #: 502-386-6381). Mr. McDougle has pled guilty in this case and requests this release to allow him to work as many hours as possible in his job to accumulate income before he is sentenced.

Mr. McDougle further requests permission to attend the birth of his child at University of Kentucky Hospital in Lexington. The due date for the baby is September 4th. He is very excited to be there for the birth of his child, and the mother will very much appreciate his support. Mr. McDougle requests permission to go to the hospital when his child's mother goes. He will then return home within 12 hours after the birth.

Mr. McDougle has been completely compliant with pre-trial release conditions.

WHEREFORE, Mr. McDougle respectfully requests this Honorable Court enter the attached Order granting work release and release for the birth of his child.

**Respectfully submitted**,
/s/   *Rob Eggert*
**ROB EGGERT**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2021, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Rob Eggert*
**Rob Eggert**