UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:21-CR-17-DJH |
| QUENTIN MCDOUGLE | DEFENDANT |

**ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.

IT IS FURTHER ORDERED that Quentin McDougle is allowed to work as a delivery driver for Luxrae.