UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:21-CR-17-DJH |
| QUENTIN MCDOUGLE | DEFENDANT |

## DEFENDANT'S MOTION TO MODIFY PRE-TRIAL RELEASE ORDER

Comes the Defendant, Quentin McDougle, through counsel, and requests this Honorable Court, pursuant to 18 USC § 3145(a)(2), to modify his pre-trial release conditions to allow him to relocate his place of residence. Denise McDougle, his third-party custodian, would relocate with him as well. The proposed new address is 2817 Danzig Place, Louisville, KY 40245. Mr. McDougle would work with the probation officer to relocate is GPS monitoring to the new location. Undersigned counsel has consulted with the US Probation Officer in charge of supervising Mr. McDougle regarding this issue, and he has no objection as long as Mr. McDougle follows the office's procedures regarding changing address and changing GPS monitoring.

Mr. McDougle has been completely compliant with pre-trial release conditions.

WHEREFORE, Mr. McDougle respectfully requests this Honorable Court enter the attached Order granting his change of address.

**Respectfully submitted**,
/s/   *Rob Eggert*
**ROB EGGERT**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2021, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

*/s/    Rob Eggert*
**Rob Eggert**
