UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                                                                              CRIMINAL NO. 3:21-CR-17-DJH

QUENTIN MCDOUGLE                                                                                                  DEFENDANT

### RESPONSE TO DEFENDANT'S MOTION TO MODIFY
### PRE-TRIAL RELEASE ORDER
*-- Filed Electronically --*

Comes now the United States of America, by counsel, and in response to the defendant's motions to modify his pre-trial release order (DN 55, 56), states as follows:

1. On December 22, 2020, the Court held a preliminary and detention hearing regarding defendant McDougle. At the hearing, the United States requested that McDougle be detained. The Court released McDougle on a $10,000 unsecured bond and conditions of release, which include home incarceration. (DN 6, 7)

2. McDougle has requested that the Court modify his pre-trial release conditions to allow him work release, to attend the birth of his child, and to allow him to relocate. (DN 55, 56)

3. The United States does not object to the defendant being allowed to move, as long as U.S. Probation approves of the new location and McDougle's aunt, which is also his third-party custodian, continues to reside with the defendant.

4. The United States does not object to McDougle attending the birth of his child. However, before such release is granted, the United States would request that the defendant provide supporting documentation, such as a letter from McDougle's

   child's mother's doctor confirming the pregnancy, expected delivery date and location of the delivery, to the U.S. Probation Officer assigned to supervise McDougle. Undersigned counsel for the United States called the University of Kentucky Hospital (859-257-1000), and inquired as to the current limitations on visitors and the like based on COVID-19. Counsel for the United States was informed that women delivering babies are currently only allowed one birth support person, and only one or two parents or legal guardian are allowed to visit after the child's birth.

5. The United States objects to McDougle being granted work release to work as a merchandise delivery driver for Luxrae. Undersigned counsel for the United States has conferred with the U.S. Probation Officer assigned to monitor McDougle. Officer Cieslewicz has had a prior defendant, who was also a convicted felon in possession of a firearm and subject to monitoring, work for Luxrae. Luxrae is an alleged business owned by the girlfriend of that prior defendant who asked for releases to work for the company. During U.S. Probation's previous interactions with that company, Ranesha Stroud, the owner of that business, failed to inform the U.S. Probation Officer that she owned firearms to which her employees were granted access. The United States is authorized to state based on a conversation with Officer Cieslewicz that U.S. Probation has had negative interactions with that business and would not endorse McDougle's employment for that business. Additionally, McDougle currently has a suspended driver's license.

Respectfully Submitted,

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

s/*Alicia P. Gomez*
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Tel - (502) 582-6326
Fax- (502) 582-5097

CERTIFICATE OF SERVICE

    On August 18, 2021, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

s/*Alicia P. Gomez*
Assistant United States Attorney