UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF


v.                                              CRIMINAL ACTION NO.  3:21CR-17-DJH
                                                *Electronically Filed*

JIBREEL RAY, et al.                                                    DEFENDANT

NOTICE OF APPEARANCE

       The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby
gives notice of her appearance in the above matter for the sole purpose of filing any necessary
forfeiture documents.

                                   Respectfully submitted,


                                   MICHAEL A. BENNETT
                                   United States Attorney


                                   s/*Amy M. Sullivan*
                                   Amy M. Sullivan
                                   Assistant United States Attorney
                                   717 West Broadway
                                   Louisville, Kentucky 40202
                                   (502) 582-5911
                                   (502) 582-5097 (fax)
                                   Amy.Sullivan@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed the foregoing using the CM/ECF
system, which will send a notice of electronic filing to counsel of record.


                                   s/*Amy M. Sullivan*
                                   Amy M. Sullivan
                                   Assistant United States Attorney